# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMEKA PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 2:15-cv-05580-SD** |
| v. ) | |
| ) | |
| DIVERSIFIED CONSULTANTS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: January 19, 2016   BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong, PA 18925
renders@sessions.legal

Dated: January 19, 2016                BY: /s/ Craig Thor Kimmel
                                       Craig Thor Kimmel, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Facsimile: (877) 788-2864
                                       Email: kimmel@creditlaw.com
                                       Attorney for the Plaintiff