IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMEKA PARKER                    :              CIVIL ACTION
                                 :
                                 :
        v.                       :
                                 :
DIVERSIFIED CONSULTANTS, INC.    :              NO. 15-5580

## OR D E R

**AND NOW, TO WIT,** this 9th day of February, 2016, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that the above action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

                                **MICHAEL E. KUNZ**, Clerk of Court


                                BY:   S/Eileen Adler
                                      Eileen Adler, Courtroom Deputy
                                      Honorable Stewart Dalzell


Civ 2 (8/2000)
41(b).frm